WILLIAM B. LOUDENSLAGER, respondent,

*v.*

JOHN STAFFORD and AMBASSADOR HOTEL CORPORATION,
appellants.

[Decided November 17th, 1919.]

On appeal from a decree of the court of chancery, reported in
*91 N. J. Eq. 1.*

*Mr. Norman Grey,* for the respondent.

*Mr. Clarence L. Cole,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons
stated in the opinion filed in the court below by Chancellor
Walker.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD,
PARKER, KALISCH, HEPPENHEIMER, WILLIAMS, ACKERSON—8.

*For reversal*—BERGEN, MINTURN, BLACK, WHITE, TAYLOR,
GARDNER—6.